# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL CATANEDA LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 1:25-cv-01883-KES-EPG-HC<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER AND FILE JOINT STATEMENT REGARDING CASE MANAGEMENT |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 21, 2025, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 8.) The matter was referred to the undersigned "for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 5.) The Court also noted Respondents' request to hold further briefing deadlines on the petition in abeyance pending the Ninth Circuit's decision in Rodriguez v. Bostock, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), appeal docketed, No. 25-6842 (9th Cir. Oct. 29, 2025).

///

///

///

1    Accordingly, IT IS HEREBY ORDERED that on or before January 9, 2025, the parties
2 SHALL meet and confer and submit a joint statement regarding mootness, case management
3 (including whether further briefing deadlines should be held in abeyance pending the Ninth
4 Circuit's decision in Rodriguez v. Bostock), and a proposed briefing schedule.

IT IS SO ORDERED.

   Dated:  **December 23, 2025**          /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE