Joye Wiley (CSB #191156)
jw@wileyjobson.com
Cara Jobson (CSB #218400)
cara@wileyjobson.com
Wiley & Jobson, LLP
P.O. Box 459
Berkeley, CA 94701
Tel.: (415) 627-9161

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LOPEZ,

    Petitioner

    v.

NOEM, et al.

    Respondents.

Case No. 1:25-cv-01833-KES-EPG

**STATUS REPORT AND JOINT BRIEFING SCHEDULE**

Pursuant to the Court's December 23, 2025 Order (ECF No. 9), counsel for the parties submit the following status report and briefing schedule regarding Petitioner's Habeas Petition:

Petitioner's Position on Mootness and Holding this Matter in Abeyance:

Petitioner does not consider this matter moot. A PI is by definition a temporary form of relief that only lasts until the case is resolved. If this case is dismissed without a final decision, the PI would likely be deemed by Respondents to no longer be in effect, exposing Petitioner to another re-detention. In addition, since his release, ICE has placed an ankle monitor on Petitioner

and ordered him to report to their offices every two weeks.  These are conditions that were not in place prior to his detention.

Petitioner opposes holding this matter in abeyance given the nature of the relief sought. Petitioner requests that this matter move forward to a final decision on his habeas petition so that his liberty interest is protected.

Respondents' Position on Mootness and Holding This Matter in Abeyance

Respondents agree that this matter is not moot. Nonetheless, Respondents respectfully request that the Court hold this matter in abeyance pending resolution of *Rodriguez v. Bostock*, no. 25-6842 (9th Cir.). Respondents believe that holding this matter in abeyance will conserve judicial resources until the Ninth Circuit provides clearer guidance on the correct interpretation of the government's immigration detention authority.

Briefing Schedule

**Respondents' Opposition to Petitioner's Habeas**:  January 23, 2026

**Petitioner's Reply**:  January 30, 2026

Dated: January 8, 2026                By: /s/ Cara Jobson
                                      Counsel for Petitioner


                                      /s/ Samuel Stefanki
                                      Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders the following briefing schedule regarding Petitioner's Habeas Petition:

**Respondents' Opposition to Petitioner's Habeas**: January 23, 2026

**Petitioner's Reply**: January 30, 2026

IT IS SO ORDERED.

Dated: __**January 8, 2026**__    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE